# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| ROBERT E. WOODWARD, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:19-cv-00118-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| DANITA SMALL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2020 Order.

August 31, 2020

Frank G. Johns, Clerk
United States District Court